U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Andrew O. Wetzel, 112415
**Full Name of Plaintiff, Prisoner Number**

**5:08cv1550 SEC P**

VS.

St. Tammany Parish Sheriff etc.
**Defendant**

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____   No X

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

N/A

_____ 2. Name the parties to the previous lawsuit(s):

Plaintiffs: _____

_____ Defendants: _____

_____ 3. Docket number(s): _____

_____ 4. Date(s) on which each lawsuit was filed: _____

_____ 5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

3

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ____   No _X_

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

II. A. Name of institution and address of current place of confinement:

St Tammany Parish Jail 1200 Champagne ST. Covington, LA 70433

B. Is there a prison grievance procedure in this institution?
Yes _X_   No ____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _X_   No ____
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

N/A

____3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Per the handbook, I 1st filed out a Request, then moved onto the complint, Last I filed out a ARP, I asked for copies of all. I have waited over 30 days and have not
Attach a copy of each prison response and/or decision rendered in the administrative   Heard a
proceeding.                                                                              thing back.

III. Parties to Current Lawsuit:

So I can't send a copy of what I don't have.

A.  Name of Plaintiff **Andrew David WETZEL**
    Address **P.O. Box #908 Covington, LA 70434 / cc: 70366 Petit Rd Mandeville, LA 70470**

B.  Defendant, **Jack Strain JR**, is employed as **Sheriff** at **St. Tammany Parish Sheriff ofc**

    Defendant, **Gregory Longino**, is employed as **Lieutenant** at **St. Tammany Parish Jail**.

    Defendant, **James Franklinton**, is employed as **Lieutenant** at **St. Tammany Parish Jail**.

    Additional defendants **St. Tammany Parish; St. Tammany Parish Jail; St. Tammany Parish Sheriff office.**

### IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 8/15/2008 I was placed in "Extended locked" in Juv Iso in the St. Tammany parish Jail by Lt. James Franklinton & Lt. Gregory Longino as "PC" in which I did Not ask to be placed on. While in Lockdown we are lock down in a 10 by 10 cell for 24 hours a day 7 days a week we are given showers every other week and most of the time we wear the same old suits, we have no socks or underwear and request complaints go unawresed. we did not break any rules to be placed in lock down. At the time of this suit I have been in Lock down over 47 days without a Hearing or a written Reasin

5

on to why I must be lockdown 24 hours a day. I have put in many request to be removed/take off of "PC" but to no avial. even while on "PC" I am placed with non-pc Inmates, So to which am I? also from April through May I was placed in the same cell, then removed

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I wish that this court order the defendant(s) to pay all legal fees and to pay a fine of $250 days a day on to which every day I am on lockdown.

## VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

AOW B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 29 day of Septmember, 2008.

STPSO: 112415                                    Andrew L. White
Prisoner no. (Louisiana Department of            Signature of Plaintiff
Corrections or Federal Bureau of Prisons)

ATTN: Inmate Affairs/Warden OFFICE/LT. Way

# ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: 9/16/2008   BED & DORM/TIER: Juv ISO I

LAST NAME: WETZEL   FIRST NAME: ANDREW D.

## TYPE OF REQUEST (Check only one)

[X] **General Request**
[ ] **Indigent Request for Writing Supplies**
[ ] **Request to see the Public Defender**
[ ] **Commissary Balance**
[ ] **Request to become a Trustee**

RECEIVED SEP 17 2008

**NOTE:**
FOR MEDICAL REQUEST— USE A MEDICAL REQUEST FORM
FOR BOND OFFICE FEE REQUEST REVERSAL— USE SHERIFF'S FEE REVERSAL FORM

## REASON FOR YOUR REQUEST

I am requesting to be moved to the "pc" tier, B100, medical Dorm or else were. I'm willing to sign what ever I need to, In order to be taken off of "pc". I didn't ask to be placed on "pc". Juv Iso Sucks we are lock Down 24 hours a day, we rarely get shaves, No mail or store ever comes on time. This is my 3rd request to be moved. Please do what you can to get me moved soon. Or At least fix the problems. Thank you

Inmate Signature: Andrew D. Wetzel   Date: 9/16/2008
Deputy Signature:   Date:
Supervisor's Signature: [signature] #1649   Date: 9/22/08

***ROUTING***
[ ] Property  [ ] DOC  [ ] Shift Lieutenant  [X] Inmate Affairs  [ ] Commissary  [ ] Public Defender
[ ] Transport  [■] Warden

Action Taken: Referred to Lt. Lumens
The request to be moved is denied.

RECEIVED SEP 18 2008 BY

Signature of Person Taking Action: [signature]   Date: 9/23/08
Log in Date: _____   By: _____ (Name)
Returned to Inmate by Deputy: _____   Date: _____ (Name)

ATTN: Inmate Affairs/Warden/LT. Way
ATTN: Inmate Affairs/Warden Office/LT. Way
ATTN: Inmate Affairs/Warden office/LT. Way

Clerks of the United States District Court
for the Western District of Louisiana
300 Fannin Street, Suite 1167
Shereveport, LA 71101-3083

9/29/2008

no $

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 14 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

Dear Clerks;

Enclosed you will find a 1983 form please file this pro se' & as "forma pauperis". This is every thing that I was given to file. If I am missing some thing please send it to me so that I may fill it out and return it. I am in the St. Tammany Parish Jail in Covington Louisiana. I asked and was not told my doc number and letters to them go unanswered. My inmate number in the jail is 112415, and the number of my booking is #129237. My address in case I am released is 70366 Petit Rd Mandeville, LA 70470. I will be here at least to the 16th of Oct 2008, please let me know what all I have to get from them and send it.

Return:
P.O. Box #908
Covington, LA 70434

Thanks
Andrew Picuri

Andrew V. Wetzel
P.O. Box #908 Suf50
Covington, LA 70434

LEGAL MAIL 10/7/2008 ATTN: Clerks Office, Covington, LA

NOT CENSORED

legal mail
10/7/08
8008/7/01
#1983 Form Enclosed *

Clerk of the United States District Court
for the Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 14 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

NEW ORLEANS LA 701
08 OCT 2008 PM 3 L
USA 42