UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANDREW WETZEL                                              CIVIL ACTION

VERSUS                                                    NO.  08- 4942 and
                                                              09-166

ST.  TAMMANY PARISH JAIL, ET AL.                          SECTION  "N"

# O R D E R

In both of the above-captioned cases, Plaintiff has submitted Objections to Reports and Recommendations entered on May 4, 2009.  *See* Rec. Docs. 37 and 38 (08-4942) and Rec. Docs. 18 and 19 (09-166).  In his Objections, Plaintiff contends that, upon his March 18, 2009 release from prison, he mailed a letter advising the Court of his new address.  He further maintains that he "still [has] a copy of it."  To allow the Court to better evaluate this assertion, the Court previously ordered Plaintiff to provide the Court with a copy of the above-referenced letter.  *See* Rec. Docs. 39 (08-4942) and 21 (09-166). Because Plaintiff additionally asserted that he had submitted a "mail forwarding address request" on March 24, 2009, he was instructed to also provide any proof of submission of that request to the Court.  *Id.*

Having reviewed Plaintiff's response to the Court's Order (Rec. Doc. 22 in 09-166, and Rec. Doc. 40 in 08-4942), the Court nevertheless concludes that the Magistrate Judges' Reports and Recommendations should be adopted.  Specifically, despite Plaintiff's reference in his written

response to an attached letter purportedly mailed to the Court, no letter actually is attached. And, although a copy of a completed St. Tammany Parish Jail form requesting that Plaintiff's mail be forwarded to his home address, as of March 18, 2009, is attached, mail that the Court sent to Plaintiff at the St. Tammany Parish Jail apparently was not forwarded, given that it was returned as undeliverable to the Court. In any event, however, it is *Plaintiff's* duty, upon invoking the jurisdiction of this Court, to keep the *Court*, not St. Tammany Parish Jail, apprised of his current mailing address. In other words, the efficient and effective operations of this Court cannot turn on whether a third party honors a litigant's mail forwarding requests.

Accordingly, for the reasons stated herein, the Court **OVERRULES** Plaintiffs' objections, and **ADOPTS** the Magistrate Judges' Reports and Recommendations as the rulings of the Court on these motions. *See* Rec. Docs. 37 and 38 (08-4942) and Rec. Docs. 18 and 19 (09-166).

**IT IS FURTHER ORDERED** that Plaintiff's claims in Civil Action Number 08-4942 (Rec. Doc. 1) against all remaining defendants be and hereby are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims in Civil Action Number 09-166 against Sheriff Rodney "Jack" Strain, Jr., and Lieutenant Gregory Longino (Rec. Doc. 2) be and hereby are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 27th day of March 2012.

**KURT D. ENGELHARDT**
**United States District Judge**

2